EXHIBIT B

PHOTOGRAPHS OF MUJANGI HOME

























